IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**RICHARD W. DANIELS,**

      **Plaintiff,**

      v.                        CASE NO. 8:22-cv-00200

**MIDLAND CREDIT**
**MANAGEMENT, INC.,**

      **Defendant.**
_____/

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** on this date, Defendant Midland Credit Management, Inc. hereby removes the above-captioned matter to the United States District Court for the Middle District of Florida, Tampa Division, from the County Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida and in support thereof avers as follows:

    1.    MCM is a defendant in a civil action originally filed on or about December 14, 2021, in the County Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, titled *Richard W. Daniels v. Midland Credit Management, Inc.* and docketed to Case No. 21-CC-119031 Division O.

    2.    This removal is timely under 28 U.S.C. § 1446(b) as MCM received service of process on January 4, 2022.

1

3. Pursuant to 28 U.S.C. § 1446, attached hereto are copies of all process, pleadings and orders received by MCM in the state court action.

5. The United States District Court for the Middle District of Florida, Tampa Division, has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against MCM alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. Plaintiff alleges MCM's conduct caused him actual harm, entitling him to a recovery of actual damages.

6. On this date, MCM provided notice of this Removal to counsel for Plaintiff and to the County Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

WHEREFORE, Defendant Midland Credit Management, Inc. respectfully removes this case to the United States District Court for the Middle District of Florida, Tampa Division.

Respectfully submitted,

**MESSER STRICKLER BURNETTE, LTD.**

By: */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES II, ESQUIRE
FL Bar No. 069879
MAUREEN WALSH, ESQUIRE
FL Bar No. 28179
12276 San Jose Blvd.

                                Suite 718
                                Jacksonville, FL 32223
                                (904) 527-1172
                                (904) 683-7353 (fax)
                                lburnette@messerstrickler.com
                                jmarees@messerstrickler.com
                                mwalsh@messerstrickler.com
                                *Counsel for Defendant*

Dated: January 24, 2022

## **CERTIFICATE OF SERVICE**

I certify that on January 24, 2022, a true copy of the foregoing document was on all counsel of record by electronic service.

**MESSER STRICKLER BURNETTE, LTD.**

By: */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES II, ESQUIRE
FL Bar No. 069879
MAUREEN WALSH, ESQUIRE
FL Bar No. 28179
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
jmarees@messerstrickler.com
mwalsh@messerstrickler.com
*Counsel for Defendant*

Dated: January 24, 2022